YOUNG CHO
ATTORNEY AT LAW: 189870
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4756
562/868-5886
FAX: 562/868-5491

ATTORNEY FOR PLAINTIFF
JOHNNY L. HODGE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY L. HODGE,<br><br>　　　　Plaintiff,<br>　　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:09cv01011 DLB<br><br>ORDER RE STIPULATION TO DISMISS |

Based upon the parties' Stipulation to Dismiss,

IT IS HEREBY ORDERED that the court dismiss the above matter without prejudice, each side to bear his own costs.

DATE: November 9, 2009

/s/ Dennis L. Beck_____
THE HONORABLE DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE